THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK MOSS                                                                          PLAINTIFF

v.                                        Case No. 3:20-cv-00290 KGB

U.S. XPRESS, INC. and                                                           DEFENDANTS
JIMMY R. PYLATE

## ORDER

Before the Court is the parties' joint motion to amend scheduling order and reset trial date

(Dkt. No. 30).  The parties request that the Court remove this case from the November 15, 2021,

trial calendar and issue an amended final scheduling order setting trial for this case sometime in

2022 (*Id.*, ¶ 3).  The parties' also request this matter be referred for a settlement conference before

a United States Magistrate Judge (*Id.*, ¶ 4).

For good cause shown, the Court grants the motion (Dkt. No. 30). The Court refers this

matter to United States Magistrate Judge Joe J. Volpe to schedule and conduct a settlement

conference between the parties.  This case is removed from the November 15, 2021, trial calendar.

The Court will issue an amended final scheduling order by separate order, if necessary.

So ordered this 22nd day of September, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge