# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DERRICK MOSS**                                                                                                   **PLAINTIFF**

**v.**                                          **Case No. 3:20-cv-00290-KGB**

**U.S. XPRESS, INC., and**
**JIMMY R. PYLATE**                                                                                        **DEFENDANTS**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 35). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The action is dismissed with prejudice. The Court dismisses any other pending motions as moot (Dkt. No. 26).

It is so ordered this 7th day of February, 2022.

_____
Kristine G. Baker
United States District Judge