# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DERRICK MOSS**                                                                                     **PLAINTIFF**

**v.**                               **Case No. 3:20-cv-00290-KGB**

**U.S. XPRESS, INC., and**
**JIMMY R. PYLATE**                                                        **DEFENDANTS**

## ORDER

Before the Court is defendants U.S. Xpress, Inc. and Jimmy R. Pylate's (collectively "defendants") motion for contempt (Dkt. No. 37). Defendants request that the Court find the Law Office of Thomas J. Henry, PLLC, and Mr. Travis Venable guilty of contempt of this Court for failure to comply with the June 6, 2021, Agreed Protective Order (Dkt. Nos. 22; 37, ¶ 8).

In the light of defendants' motion for contempt, the Court orders counsel for plaintiff Derrick Moss to file a response by Friday, February 17, 2023. Defendants motion for contempt will remain under advisement (Dkt. No. 37).

It is so ordered this 2nd day of February, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge