**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DERRICK MOSS**                                                                                            **PLAINTIFF**

v.                                       **Case No. 3:20-cv-00290-KGB**

**U.S. XPRESS, INC., and
JIMMY R. PYLATE**                                                                                         **DEFENDANTS**

<u>**ORDER**</u>

      Before the Court is defendants U.S. Xpress, Inc. and Jimmy R. Pylate's motion for leave to file reply (Dkt. No. 43). Defendants seek to reply to plaintiff Derrick Moss' response to defendants' supplement to defendants' motion for contempt (*Id.*, ¶¶ 1–3). Mr. Moss does not oppose the instant motion (*Id.*, ¶ 5). For good cause shown, the Court grants the motion. Defendants shall have seven days from the entry of this Order to file their reply.

      It is so ordered this 24th day of February, 2023.

*[signature]*
_____
Kristine G. Baker
United States District Judge