IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DERRICK MOSS**                                                                                    **PLAINTIFF**

v.                                          Case No. 3:20-cv-00290-KGB

**U.S. XPRESS, INC., and**
**JIMMY R. PYLATE**                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the prior Orders entered in this case, it is considered, ordered, and adjudged that plaintiff Derrick Moss' complaint is dismissed with prejudice and that defendants U.S. Xpress, Inc. and Jimmy R. Pylate's petition for attorneys' fees is granted (Dkt. Nos. 1; 35; 36; 47). For reasons explained in a separate Order, the Court grants defendants' motion for attorneys' fees and approves attorneys' fees in the amount of $1,740.00 to be paid by the Law Offices of Thomas J. Henry, PLLC.

It is so adjudged this 15th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge